## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/25/20 |
| NAME OF SERVER (PRINT) Virgil Ulman | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Juan Gomez Para legal 11:30 AM

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 35— | 35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/25/20
          Date                     Signature of Server

*Address of Server*
Authorized Process Servers LLC
1830 N. University Drive Ste155
Plantation Florida 33322

Authorized Process Servers LLC
1830 N. University Drive Ste155
Plantation Florida 33322

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**ELI REISMAN,**
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

**INDEPENDENT INSURANCE
CONSULTANTS INC.,**
*Defendant*

CASE NUMBER: **2:20-CV-16423-KM-ESK**

TO: *(Name and address of Defendant):*

> Independent Insurance Consultants Inc.
> c/o Buitrago Law Firm, P.A.
> Cypress Creek Professional Park
> 2933 W. Cypress Creek Road, Suite 201
> Ft. Lauderdale, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Marcus & Zelman, LLC
> 701 Cookman Avenue, Suite 300
> Asbury Park, NJ 07712

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK

ISSUED ON 2020-11-18 14:33:19, Clerk
USDC NJD