UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LETTER ORDER ORIGINAL FILED WITH THE CLERK OF COURT**

April 12, 2021

Ari H. Marcus, Esq. and/or
Yitzchak Zelman, Esq.
Marcus Zekman LLC
701 Cookman Ave. Suite 300
Asbury Park, NJ 07712
Via email: ari@marcuszelman.com
                  yzelman@marcuszelman.com

  Re: Eli Reisman v. Independent Insurance Consultants, Inc.
     Civil Action No. 20-16423 (KM)

Dear Litigant,

  Our records indicate that the defendant's time to answer or otherwise respond to the complaint expired on December 16, 2020.

  You are hereby directed to request entry of default **and** move this civil action, by filing a motion for default judgment within thirty (30) days from the date hereof.  **Should you fail to do so, this action shall be listed for dismissal on May 13, 2021.**

**SO ORDERED.**

                 /s/ Kevin McNulty
                Hon. Kevin McNulty
                U.S. District Judge

cc: Hon. André M. Espinosa, USMJ via NEF