UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ELI REISMAN**<br><br>　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**INDEPENDENT INSURANCE CONSULTANTS INC.**<br><br>　　　　　　　**Defendant.** | Civil Action No.  20-16423 (KM)<br><br>**ORDER OF DISMISSAL** |

**KEVIN MCNULTY, U.S.D.J.:**

　　**IT APPEARING** that Plaintiff, Eli Reisman, represented by counsel initiated this action by filing a Complaint in this Court on November 18, 2020 and summons was issued (ECF No. 1-2); it further

　　**APPEARING** that the Defendant, Independent Insurance Consultants Inc. was duly served on November 25, 2020 (ECF 3); it further

　　**APPEARING** that this Court issued a Letter Order requesting that the Plaintiff move this civil action by requesting entry of default and move for default judgment, or submit a request for an extension of time for Defendant to answer the complaint; and that failure to do so will result in dismissal (ECF No. 5); it further

　　**APPEARING** that there has been no response to this Court's Letter Order and that there was no activity by the parties on the docket for more than four months prior to the court order;

　　**IT IS** on this 26th day of May, 2021,

**ORDERED** that Plaintiff's Complaint is dismissed without prejudice for lack of prosecution.

**IT IS FURTHER ORDERED** that the Clerk of the Court close its file in this matter.

_____
    **HON. KEVIN MCNULTY**
    **United States District Judge**